IN THE UNITES STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALBERT BENDER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HAROLD FEENER, individually and in his )<br>official capacity as an officer of the Civil Design )<br>Group, THOMAS V. WHITE, )<br>SALETTA HOLLOWAY, TOMMY BRADLEY )<br>and CIVIL DESIGN GROUP, )<br>)<br>Defendants. ) | No.  3:05-0402<br>Judge Trauger |

**O R D E R**

On June 10, 2005, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed. (Docket No. 6) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court.

For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) for failure to state an arguable legal claim.

It is so **ORDERED.**

Enter this 5th day of July 2005.

							_____
							ALETA A. TRAUGER
							U.S. District Judge